| | | |
|---|---|---|
| JEMIMA MIDO<br>2218 Alice Avenue<br>Oxon Hill, MD 20745 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, NW<br>Washington, DC 20001 | * | PRINCE GEORGE'S COUNTY |
| | * | |
| | * | CAL19-05166 |
| Serve on:<br>General Council<br>600 5th Street, NW<br>Washington, DC 20001 | * | Case No.: |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Plaintiff, Jemima Mido, by her undersigned attorneys, Stephen N. Caramenico and Malloy Law Offices, LLC., sue Defendant, Washington Metropolitan Area Transit Authority (*hereinafter* "Washington Metro"), and for cause states:

### COUNT I

### (NEGLIGENCE – Washington Metro)

1. On or about January 22, 2018, Plaintiff, Jemima Mido, was lawfully riding as a passenger on a bus ("D12") owned by Defendant, Washington Metro, and operated by one of its agents, servants and/or employees, at or near the intersection of St. Barnabas Avenue and Alice Avenue, in Prince George's County, Maryland.

2. At some point during the trip, Defendant's agent, servant and/or employee pulled the bus over to the side of the road to allow passengers to disembark the bus.

1

3. As Plaintiff exited the bus, her foot was unable to safely reach the ground, she fell to the ground and as a result she sustained significant injuries.

4. Defendant, Washington Metro, owed a duty to Plaintiff and to others passengers on the bus highway to operate its vehicles in a lawful, careful and prudent manner, with that degree of care then and there required under the circumstances as they then existed, and to operate its vehicle with that degree of care and skill which a reasonable and prudent person would exercise.

5. Defendant, Washington Metro, breached said duty owed to Plaintiff by (a) failing to keep its motor vehicle under proper and sufficient control; (b) failing to deploy steps and/or a ramp to allow passengers to safely reach the ground while exiting the bus; (c) failing to lower the bus to a safe level above the ground while passengers are exiting the vehicle; (d) failing to warn passengers of the substantial height difference between the vehicle's exit point and the ground; and (e) was in other respects negligent, careless and reckless.

6. As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

7. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

8. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

9. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant, Washington Metro, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

10. At all times relevant hereto Plaintiff was exercising due care for her own safety.

WHEREFORE, Plaintiff, Jemima Mido, claims the sum of Seventy Four Thousand Dollars ($74,000.00) as damages against Defendant, Washington Metro.

Respectfully submitted,

Stephen N. Caramenico, Esq.
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Stephen@malloy-law.com
*Attorney for Plaintiff*

| | | |
|---|---|---|
| JEMIMA MIDO<br>2218 Alice Avenue<br>Oxon Hill, MD 20745 | *<br>*  | IN THE<br><br>CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, NW<br>Washington, DC 20001 | *<br>*  | PRINCE GEORGE'S COUNTY |
| | * | Case No.: |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JURY DEMAND

Plaintiff, Jemima Mido, by her undersigned attorneys, Stephen N. Caramenico and Malloy Law Offices, LLC., request a trial by jury on all issue.

Respectfully submitted,

*[signature]*

Stephen N. Caramenico, Esq.
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Stephen@malloy-law.com
*Attorney for Plaintiff*

4